Elizabeth A. Falcone, OSB No. 111694
elizabeth.falcone@ogletree.com
Kelly S. Riggs, OSB No. 094862
kelly.riggs@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:	503.552.2140
Fax:		503.224.4518

Attorneys for Defendant HOME DEPOT U.S.A. INC.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DERRICK HARBORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A. INC. d.b.a The Home Depot, a Delaware Corporation,<br><br>Defendant. | **Case No.: 3:16-cv-02179-SI**<br><br>**STIPULATED ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this case is dismissed with prejudice, without costs or attorney' fees to any party and with no right of appeal.

**IS SO ORDERED** this action is hereby dismissed with prejudice and without costs to any party.

DATED this 28th day of November, 2017.

/s/ Michael H. Simon
Judge Michael H. Simon

1 - STIPULATED ORDER OF DISMISSAL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

**IT IS SO STIPULATED:**

Dated this 27th day of November, 2017

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

By:  *s/ Kelly S. Riggs*
      Kelly S. Riggs, OSB No. 094862
      kelly.riggs@ogletree.com
          Of Attorneys for Defendant


Dated this 27th day of November, 2017

Case & Dusterhoff, LLP


By:  *s/ Steven C. Burke*
      Steven C. Burke, OSB No. 002198
      steve@case-dusterhoff.com
          Of Attorneys for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518